# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY GODFREY

NO. 2024 KW 0617

**AUGUST 23, 2024**

---

In Re:     Gregory Godfrey, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-20-04941.

---

BEFORE:    **GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

　　　　**WRIT DENIED.** The records of the Clerk of Court of East Baton
Rouge Parish reflect that on July 23, 2024, the district court
denied the motion to quash. The records further reflect that the
district court set a motion hearing for August 20, 2024, and
therefore, is proceeding toward disposition of relator's motion
for preliminary hearing and motion to suppress.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
　　FOR THE COURT